Order entered February 6, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00576-CV

## EX PARTE: JESSE P. SKINNER

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. X11-1264-K

## ORDER

Before the Court is appellant's February 1, 2013 motion for objection to the supplemental clerk's record filed in this Court on January 25, 2013. Appellant complains that the Dallas County Respondents' Motion for Summary Judgment contained in the supplemental clerk's record does not contain the clerk's seal. Appellant attaches to his motion his own copy of the motion for summary judgment that contains the District Clerk's seal certifying that it is a true and correct copy of the document. Page fifteen of the supplemental clerk's record contains the District Clerk's certification that all documents in the supplemental clerk's record are true and correct copies. Accordingly, we **DENY** appellant's motion to the extent that it requests that the Court order the original document.

To the extent appellant asks that the Court return to him his copy of the documents

attached to his motion, we **DEFER** that determination to the submissions panel.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE